E. L. Damon, appellant, v. Illinois Central Railroad Company, appellee.

Assumpsit to recover one-half of cost of paving alley. Judgment for defendant. Appeal from the Circuit Court of Marion county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed February 17, 1926.

Wham & Wham, for appellant. Noleman, Smith & Dallstream, for appellee.

Mr. Justice Higbee delivered the opinion of the court.